NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LUTHER HULON SASSER, III and          )
SHERRY EILEEN SASSER,                 )
                                      )
         Appellants,                  )
                                      )
v.                                    )          Case No. 2D19-4291
                                      )
FLORIDA FISH AND WILDLIFE             )
CONSERVATION COMMISSION, and          )
JAMES CARL WADE, II,                  )
                                      )
         Appellees.                   )
                                      )

Opinion filed September 23, 2020.

Appeal from the Circuit Court for Manatee
County; Lon S. Arend, Judge.

Richard C. Reinhart, of Bradenton, for
Appellants.

Ashley Moody, Attorney General and
Jessica N. Reder Assistant Attorney
General, of Tampa, for Appellee, Florida
Fish and Wildlife Conservation
Commission.

PER CURIAM.

        Affirmed.


SILBERMAN, SLEET, and LUCAS, JJ., Concur.